**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | |
|---|---|
| GREGORY R. ZAPPALA, | : No. 29 EAP 2014 |
| | : |
| Appellant | : Appeal from the judgment of Superior |
| | : Court entered on 6/21/2012 at No. 2567 |
| | : EDA 2011, reargument denied 8/13/2012, |
| v. | : affirming the order entered on 8/26/2011 in |
| | : the Court of Common Pleas, Civil Division, |
| | : Philadelphia County at No. 000384 May |
| CAROSELLI BEACHLER MCTIERNAN & | : Term, 2011. |
| CONBOY, WILLIAM R. CAROSELLI, | : |
| ESQUIRE, TIMOTHY CONBOY, | : |
| ESQUIRE, SUSAN A. MEREDITH, | : |
| ESQUIRE, KELLY L. ENDERS, | : |
| ESQUIRE, DAVID S. SENOFF, ESQUIRE, | : |
| LAUREN C. FANTINI, ESQUIRE, | : |
| RICHARD C. DEFRANCESCO, | : |
| ESQUIRE, CEFALO & ASSOCIATES, | : |
| MICHAEL J. CEFALO, ESQUIRE, JAMES | : |
| J. ALBERT, ESQUIRE, GEORGE G. | : |
| OSCHAL, III, ESQUIRE, KARL J. KWAK, | : |
| ESQUIRE, AND LINDA L. BARTLETT, | : |
| ESQUIRE, | : |
| | : |
| | : |
| Appellees | : ARGUED:   March 11, 2015 |

| | |
|---|---|
| GREGORY R. ZAPPALA, | : No. 30 EAP 2014 |
| | : |
| Appellant | : Appeal from the judgment of Superior |
| | : Court entered on 6/21/2012 at No. 2568 |
| | : EDA 2011, reargument denied 8/14/2012, |
| v. | : affirming the order entered on 9/20/2011 in |
| | : the Court of Common Pleas, Civil Division, |
| | : Philadelphia County at No. 000336 May |
| ECKERT SEAMANS CHERIN & | : Term, 2011. |
| MELLOTT, LLC, BRIDGET E. | : |
| MONTGOMERY, ESQUIRE, DAVID J. | : |
| SCHERTZ, ESQUIRE, RIKER DANZIG | : |
| SCHERER HYLAND & PERRETTI, LLP, | : |
| AND MICHAEL P. O'MULLAN, ESQUIRE, | : |
| | : |

Appellees : ARGUED: March 11, 2015


GREGORY R. ZAPPALA, : No. 31 EAP 2014
:
Appellant : Appeal from the judgment of Superior
: Court entered on 6/21/2012 at No. 2569
: EDA 2011, reargument denied 8/14/2012,
v. : affirming the order entered on 9/20/2011 in
: the Court of Common Pleas, Civil Division,
: Philadelphia County at No. 000349 May
METZGER & KLEINER, DANIEL E. : Term, 2011.
KLEINER, ESQUIRE, AND RICHARD G. :
FREEMAN, ESQUIRE, :
:
Appellees : ARGUED: March 11, 2015


GREGORY R. ZAPPALA, : No. 32 EAP 2014
:
Appellant : Appeal from the judgment of Superior
: Court entered on 6/21/2012 at No. 2572
: EDA 2011, reargument denied 8/14/2012,
v. : affirming the order entered on 9/20/2011 in
: the Court of Common Pleas, Civil Division,
: Philadelphia County at No. 000360 May
ANAPOL SCHWARTZ WEISS COHAN : Term, 2011.
FELDMAN & SMALLEY, P.C., SOL H. :
WEISS, ESQUIRE, AMBER M. RACINE, :
ESQUIRE, ADRIANNE WALVOORD, :
ESQUIRE, LAW OFFICE OF BARRY H. :
DYLLER, BARRY H. DYLLER, ESQUIRE, :
GELB LAW FIRM, AND JOHANNA L. :
GELB, ESQUIRE, :
:
Appellees : ARGUED: March 11, 2015


GREGORY R. ZAPPALA, : No. 33 EAP 2014
:
Appellant : Appeal from the judgment of Superior
: Court entered on 6/21/2012 at No. 2573
: EDA 2011, reargument denied 8/13/2012,
v. : affirming the order entered on 9/20/2011 in
: the Court of Common Pleas, Civil Division,
: Philadelphia County at No. 000388 May

HANGLEY ARONCHICK SEGAL & : Term, 2011.
PUDLIN, DANIEL SEGAL, ESQUIRE, :
REBECCA L. SANTORO, ESQUIRE, :
JUVENILE LAW CENTER, MARSHA L. :
LEVICK, ESQUIRE, AND LOURDES M. :
ROSADO, ESQUIRE, :
:
     Appellees  : ARGUED: March 11, 2015

## ORDER

**PER CURIAM**


  **AND NOW**, this 7th day of April, 2015, as it appears Appellant joined the settlement agreement, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

  Mr. Chief Justice Saylor and Madame Justice Todd did not participate in the decision of this case.